IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Salazar, Gabriel | Case Number: 06 B 01029 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/03/09 | Filed: 2/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: December 23, 2008
Confirmed:   May 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,776.00 |  |
| Secured: |  | 12,616.09 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 859.91 |
| Other Funds: |  | 0.00 |
| Totals: | 15,776.00 | 15,776.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,300.00 | 2,300.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial Auto Credit Inc | Secured | 5,400.13 | 3,669.90 |
| 5. | Consumer Financial Services | Secured | 4,222.08 | 2,919.00 |
| 6. | Saxon Mortgage Services Inc | Secured | 1,272.02 | 709.85 |
| 7. | Litton Loan Servicing | Secured | 11,236.47 | 5,317.34 |
| 8. | ER Solutions | Unsecured | 620.68 | 0.00 |
| 9. | Short Term Loans LLC | Unsecured | 595.16 | 0.00 |
| 10. | Capital One | Unsecured | 517.17 | 0.00 |
| 11. | US Bank | Unsecured | 534.30 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 646.81 | 0.00 |
| 13. | Coastal Monterey Properties | Unsecured | | No Claim Filed |
| 14. | Medical Payment Data | Unsecured | | No Claim Filed |
| 15. | Medical Payment Data | Unsecured | | No Claim Filed |
| 16. | Sprint PCS | Unsecured | | No Claim Filed |
| | | | $ 27,344.82 | $ 14,916.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 164.15 |
| 4.8% | 130.70 |
| 5.4% | 342.80 |
| 6.5% | 222.26 |
| | $ 859.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Salazar, Gabriel | Case Number:  06 B 01029 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/03/09 | Filed:  2/7/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*